**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

| | | |
|---|---|---|
| **RAMONA NANNETTE SMITH,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil No. 1:19-cv-00141-JMV** |
| | § | |
| **ANDREW SAUL,** | § | |
| **Commissioner of Social Security,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Defendant seeks an extension of time to file its brief. Because the Plaintiff does not oppose the requested extension, the Court concludes that the motion is well taken, and it is

ORDERED that Defendant is granted until April 3, 2020, to file its brief.

THIS the 2nd day of March 2020.


 /s/ Jane M. Virden
HONORABLE JANE M. VIRDEN
UNITED STATES MAGISTRATE JUDGE