IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | | |
|---|---|---|
| **RAMONA NANNETTE SMITH,** § | | **PLAINTIFF** |
| § | | |
| v. § | Civil No. 1:19-cv-00141-JMV | |
| § | | |
| **ANDREW M. SAUL,** § | | |
| **Commissioner of Social Security,** § | | **DEFENDANT** |

## **FINAL JUDGMENT**

Consistent with the Order [25] granting Defendant's motion for remand of this case,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this case is REVERSED and REMANDED for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

SO ORDERED this 30th day of March, 2020.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE