# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

| | | |
|---|---|---|
| **RAMONA NANNETTE SMITH** § | | **PLAINTIFF** |
| § | | |
| **v.** § | Civil No. 1:19-cv-00141-JMV | |
| § | | |
| **ANDREW M. SAUL,** § | | |
| **Commissioner of Social Security** § | | **DEFENDANT** |

## ORDER

**BEFORE THE COURT** are Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412, [27] and the Commissioner's response [28]. For the reasons stated in Plaintiff's motion, and hearing no objection from Defendant, the Court finds Plaintiff's attorney fee award request is reasonable, and the request for reimbursement for costs is well taken. Accordingly, it is hereby ORDERED that Plaintiff's motion is granted, and Plaintiff is awarded $5,106.00 in attorney fees. It is further ORDERED that Plaintiff is awarded $550.00 as reimbursement for costs. Lastly, consistent with *Astrue vs. Ratliff*, 130 S. Ct. 2521 (2010), Defendant should ensure the EAJA award check is made payable to Plaintiff (for the benefit of her counsel) and mailed to her counsel.

SO ORDERED this 23rd day of July, 2020.

/s/ Jane M. Virden
United States Magistrate Judge